UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FRANCIS SERIGNY (#108190)**

**VERSUS**

**HOWARD PRINCE, ET AL**

**CIVIL ACTION**

**NUMBER 14-126-JWD-SCR**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

**IT IS ORDERED** that the plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i), without leave to amend as to his access to the courts claim as there is no conceivable claim he could allege against either defendant consistent with the allegations in his complaint, and without prejudice to any state law claim.

Signed in Baton Rouge, Louisiana, on <u>September 24, 2014</u>.

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**